UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE LIONEL KEYS, ET AL

VERSUS

DEAN MORRIS, LLP, ET AL

CIVIL ACTION

NO. 12-49-FJP-SCR

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

The Court finds that the motion to remand[2] is denied, and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, April 18, 2012.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 10.

[2] Rec. Doc. No. 3.

Doc#47815